Prob 12C (12/04)  
(D/KS 04/22)

PACTS# 7540701

# United States District Court
## for the
## District of Kansas

## AMENDED Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Samuel Nunez**       Case Number: **1083 2:21CR20034-001**

Sentencing Judicial Officer: Honorable Julie A. Robinson, Senior U.S. District Judge

Date of Original Sentence: 05/23/2022  
Date of Sentence Reduction: 01/18/2024 (effective date: 2/1/2024)

Original Offense:    Felon in Possession of a Firearm, a Class C Felony

Original Sentence: 37 Months Prison, 24 Months Supervised Release  
Reduced Sentence: Time Served, 24 Months Supervised Release

Type of Supervision: TSR      Date Supervision Commenced: 03/08/2024  
Asst. U.S. Attorney: Michelle McFarlane      Defense Attorney: Kayla Gassman

## PETITIONING THE COURT

☐ To issue a warrant  
☐ To issue a summons  
☒ Other: The defendant is currently in USMS custody. The probation office is alleging new violation conduct. The petition is for filing purposes only.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Mandatory Condition #2:** **You must not unlawfully possess a controlled substance.** |
| | The defendant possessed cocaine, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the positive drug tests submitted for this substance on May 15, 2024, March 19, 2024, and the admission of usage form signed on March 13, 2024, in violation of 21 U.S.C. § 844. |
| | The defendant possessed methamphetamine, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the positive drug tests submitted for this substance on July 19, 2024, and May 15, 2024, in violation of 21 U.S.C. § 844. |

Prob 12C  -2-
Name of Offender: Samuel Nunez                                    Case Number: 1083 2:21CR20034-001

| 2 | **Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance.** |

On July 19, 2024, the defendant submitted a urine sample that screened positive for methamphetamine. The defendant admitted using methamphetamine on or about July 16, 2024, and signed an Admission of Usage form.

On May 15, 2024, the defendant submitted a urine sample that screened positive for methamphetamine and cocaine. The defendant admitted using cocaine and methamphetamine on or about April 25, 2024, and signed an Admission of Usage form.

On March 19, 2024, the defendant submitted a urine sample that screened positive for cocaine. The defendant admitted using cocaine on or about March 8, 2024, and signed an Admission of Usage form.

On March 13, 2024, the defendant refused to submit a urine sample. The defendant admitted using cocaine on or about March 8, 2024, and signed an Admission of Usage form.

*For the purposes of applying the provisions of 18 U.S.C. §§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12-month period),* **the defendant has submitted three (3) positive qualifying sample(s)**. *If the Court finds that the positive drug test(s) constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C. §§ 3565(b), 3583(g). The Court shall also consider whether the availability of appropriate substance abuse programs, or the offender's current or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment under 18 U.S.C. §§ 3565(b), 3583(g). 18 U.S.C. §§ 3563(a), 3583(d). U.S. v Hammonds, 370 F.3d 1032 (10th Cir. 2004).*

| 3 | **Special Condition #2: You must successfully participate and successfully complete an approved program for substance abuse, which may include urine, breath, or sweat patch testing, and/or outpatient treatment, and share in the costs, based on the ability to pay, as directed by the Probation Office. You must abstain from the use and possession of alcohol and other intoxicants during the term of supervision.** |

Mr. Nunez failed to attend substance abuse counseling session on the following dates: 8/8/24, 8/6/24, 8/1/24, 7/30/24, 7/25/24, 7/2/24, 6/25/24, 6/20/24, 6/18/24, and 5/21/24. All these missed appointments resulted in Mr. Nunez being unsuccessfully discharged from treatment.

Mr. Nunez failed to report for random UA's on the following dates: 9/17/24, 9/10/24, 8/13/24, 7/16/24, 6/18/24, 5/16/24, 4/23/24, and

4/16/24. Mr. Nunez has only reported for two (2) random UA's since being referred for the program on March 19, 2024.

Mr. Nunez was unable to provide / refused to submit a UA sample on March 13, 2024, and March 8, 2024.

**4**   **Standard Condition #7:** **You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so.**

Mr. Nunez has failed to seek and maintain full-time employment throughout his term of supervision.

**5**   **Standard Condition #2:** **After initially reporting to the probation officer, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.**

On March 13, 2024, Mr. Nunez reported to the U.S. Probation office for his intake. During this appointment, conditions were reviewed and signed. Mr. Nunez was informed he would be required to submit monthly report forms as a form of reporting to the U.S. Probation office. During his intake, Mr. Nunez filled out his initial monthly report form and has not submitted any since his initial form.

**6**   **Standard Condition #5:** **You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

On July 15, 2024, Mr. Nunez's mother informed U.S. Probation that Mr. Nunez had not been living at his approved residence. Mr. Nunez's mother stated he only stays at the residence 1-3 times a week, but it is sporadic. On July 19, 2024, U.S. Probation met with Mr. Nunez at his approved residence and reminded him of his requirement to reside at his approved residence. Mr. Nunez confirmed he understood his requirement to live at his approved residence.

On September 5, 2024, Mr. Nunez's parents informed U.S. Probation that Mr. Nunez had not been living at his approved residence for three weeks. His parents also stated they did not know where he has been staying. I asked them to have him contact me and they stated they would.

Prob 12C -4-
Name of Offender: Samuel Nunez                              Case Number: 1083 2:21CR20034-001

U.S. Probation has attempted several times to make contact with Mr. Nunez but he has not responded. U.S. Probation was last able to contact Mr. Nunez on July 29, 2024, via text message and his whereabouts are currently unknown. Mr. Nunez's state probation officer has also been unable to contact him and has issued a warrant for his arrest.

**THIS SECTION OF THE REPORT HAS BEEN AMENDED TO INCLUDE THE FOLLOWING INFORMATION:**

7     **Mandatory Condition #1: You must not commit another federal, state, or local crime.**

On July 14, 2025, the Kansas City Missouri Police Department were dispatched to a disturbance call, Incident No. KC25044190. When officers arrived on site, they spoke to Maricia Murillo (victim) who informed officers Mr. Nunez had beaten her. According to the incident report, Ms. Murillo stated she was in her bed with her baby attempting to "burp" the baby when Mr. Nunez entered the room and accused her of sending nude photos to another man. Ms. Murillo attempted to tell Mr. Nunez that was not true and that she was just taking care of the baby. Mr. Nunez ignored her and instructed her to put the baby down. When Ms. Murillo placed the baby down Mr. Nunez began to strike her multiple times with closed fists, kicks, a paint bucket, and the baby's highchair. Ms. Murillo advised officers she did not know how many times she was struck, she could only say the beating felt like it was going on for a long time. Ms. Murillo stated he beat her in the bedroom and the assault traveled to the living room. Once Mr. Nunez was done beating her, he started breaking things inside the home.

Mr. Nunez proceeded to collect all the baby items and the baby and informed Ms. Murillo he was taking the child to his parents' house and would return. Ms. Murillo states Mr. Nunez said, "If you don't tell me what I want to hear when I get back, I'm going to finish the job." When Mr. Nunez left the scene Ms. Murillo ran to her grandmother's house to call 911.

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

Prob 12C  -5-
Name of Offender: Samuel Nunez                                    Case Number: 1083 2:21CR20034-001

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 07/29/2025

by _____
Jovanny Hernandez
U.S. Probation Officer

Approved:

_____
Christopher Lewis, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Issuance of a Warrant. Docket Entry, Petition, and Warrant sealed and not to be distributed to counsel of record. Docket Entry, Petition, and Warrant unsealed upon arrest.
☐ The Issuance of a Summons
☒ Other: The defendant is currently in USMS custody. The probation office is alleging new violation conduct. The petition is for filing purposes only.

s/ Julie A. Robinson
Signature of Judicial Officer

7/30/25
Date